

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,022-02

### IN RE ARTIE JOSEPH RILEY JR., Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. C-372-W012168-1087825 IN THE 372ND DISTRICT COURT FROM TARRANT COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he filed an application for a writ of habeas corpus on or about July 18, 2022, in Tarrant County and his application has not been properly forwarded to this Court.

Respondent, the District Clerk of Tarrant County, shall forward Relator's habeas application to this Court, respond that Relator has not filed a habeas application in Tarrant County, or forward a copy of an order designating issues together with correspondence documenting the date the State received Relator's habeas application. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c) and (d); TEX. R. APP. P. 73.4(b)(5). This motion for leave to file will be held. Respondent shall comply with this

order within thirty days from the date of this order.

Filed: SEPTEMBER 21, 2022
Do not publish